**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTONIO DURELL FREEMAN, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>P.D. BRAZELTON, Warden, )<br>)<br>Respondent. )<br>)<br>_____ ) | No. CV 13-5036-AB (AS)<br><br><br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

    DATED: January 26, 2015.

                                          ANDRÉ BIROTTE JR.
                                       UNITED STATES DISTRICT JUDGE